1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN L. DISNEY,                                    No. C 09-5933 SI (pr)

       Petitioner,                              **JUDGMENT**

   v.

Warden Ms. KATHLEEN,

       Respondent.
_____/

    This action is dismissed without prejudice to petitioner filing a new action for which he pays the full filing fee or submits a completed in forma pauperis application with a new complaint.

    IT IS SO ORDERED AND ADJUDGED.

Dated: April 1, 2010                    _____
                                        SUSAN ILLSTON
                                        United States District Judge